10CR133 - USAv. Felipe Jesus Barrera-Chavez

Dear Honorable Judge Rebecca R. Pallmeyer, 12/18/10

I hope this letter finds you in the best of health and happiness. I'm truly sorry for bothering you your honor, but i want to appeal the fact that i was not granted the fast track motion. I truly apologize for bothering you your Honorable Judge, But my family needs me home. I respect your Judgement your honor im guilty as charged but it's not fair that just because i was arrested in Illinois i didn't get the fast track program. their are numerous people i've seen or have told me they were blessed with the fast track program. All im asking of you your honorable Judge is to please reconsider granting me the fast track motion so i can get to my family sooner. So i want to appeal, I've been calling my lawyer who has not answered or made any effort to contact me.

Merry Christmas and a happy New year your Honor

Sincerly

Felipe Barrera

FILED
DEC 2 2 2010
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

OFFICIAL SEAL
WILLIAM ESTRADA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/12