IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) No. 10 CR 1331 |
| v. | ) Judge Rebecca R. Pallmeyer |
| | ) |
| **FELIPE BARRERA-CHAVEZ** | ) |
| | ) |

# NOTICE  OF APPEAL

Notice is hereby given that FELIPE BARRERA-CHAVEZ, defendant in this case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action on the December 27, 2010.

Dated: December 30, 2010

        Respectfully Submitted,

        FEDERAL DEFENDER PROGRAM
        Carol A. Brook
        Executive Director


        *s/ Carol A. Brook*

Carol A. Brook
Executive Director
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8300